**2**

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1600 G Street, Suite 102
Modesto, CA 95354-2555
Tel: (209) 338-1131
bhaddix@modestobankruptcylaw.com

Attorney for Hector & Maria Perez, Jr.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVSION

| | |
|---|---|
| In re<br><br>Hector & Maria Perez, Jr.,<br><br>        Debtor(s), | Case No. 18-21534<br><br>DC No. BSH-1<br><br>Chapter 13<br><br>Hearing Date: September 4, 2018<br>Time: 10:00 a.m.<br>Courtroom: 34; Dept. D<br>Judge: Hon. Robert Bardwill |

**NOTICE OF HEARING ON MOTION TO CONFIRM CHAPTER 13 PLAN**

    Hector & Maria Perez, Jr., debtor(s) in the above-referenced case (Debtor(s)), has/have filed papers with the court requesting an order confirming his/her/their Chapter 13 Plan.

    **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    Notice is provided pursuant to Local Rule 9014-1(f)(1) - if you do not want the court to grant the motion for relief, you must serve and file with the court a written opposition at least fourteen (14) calendar days preceding the date of the hearing. The motion is set to be heard on September 4, 2018, at 10:00 a.m., in Dept. D, Courtroom

1

34, Robert T. Matsui Federal U.S. Courthouse, 501 I Street, Sacramento, CA 95814.

Failure to file a timely written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition.

If you file a written opposition, you must serve the following person(s) with a copy:

>Brian S. Haddix, Esq.
>Attorney for Debtor(s) Hector & Maria Perez, Jr.
>1600 G Street, Suite 102
>Modesto, CA 95354-2555

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

HADDIX LAW FIRM

Dated: July 23, 2018

_____
Brian S. Haddix, Attorney for Hector & Maria Perez, Jr.