**3**

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1600 G Street, Suite 102
Modesto, CA 95354-2555
Tel: (209) 338-1131
bhaddix@modestobankruptcylaw.com

Attorney for Hector & Maria Perez, Jr.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVSION

| | |
|---|---|
| In re | Case No. 18-21534 |
| Hector & Maria Perez, Jr., | DC No. BSH-1 |
| Debtor(s), | Chapter 13 |
| | Hearing Date: September 4, 2018<br>Time: 10:00 a.m.<br>Courtroom: 34; Dept. D<br>Judge: Hon. Robert Bardwill |

**DECLARATION OF DEBTOR(S) IN SUPPORT OF MOTION TO CONFIRM CHAPTER 13 PLAN**

I, Hector & Maria Perez, Jr., each declare:

1. **Personal knowledge**

I have personal knowledge of the facts contained herein and, if called upon, could competently testify thereto.

2. **Status**

I am a debtor in the above-captioned petition filed pursuant to Chapter 13 of Title 11 of the United States Code.

1

**3.      Purpose of the Plan**

The purpose of the plan is to correct the Class 2 claims to match the allowed claims and to correct the priority amount to the IRS.

**4.      Familiarity of the Plan**

I have read the Chapter 13 Plan to which this motion pertains.

**5.      Submission of future earnings**

This plan provides for the submission of my future earnings as is set forth in Sections 2.01-2.03 as well as in the "Additional Provisions," if any.  And I believe that there will be a sufficient amount to fund this Chapter 13 Plan.

**6.      Plan proposed in good faith and not by any means forbidden by law**

This Chapter 13 Plan has been proposed in good faith. Before the plan was prepared, I spoke with Brian S. Haddix, attorney at law, and considered my assets, debts, income and expenses both now and into the future.  I also discussed my wishes and ability to make payments under a Chapter 13 Plan over the life of the plan.  With all of that in mind, Brian S. Haddix, attorney at law, drafted the Chapter 13 Plan to which this motion applies.  I have reviewed it and believe it is in my best interests and the best interests of all concerned.  Insofar as I am aware, the terms of the plan are not forbidden by law.

**7.      Feasible**

Having reviewed the Chapter 13 Plan, including the Plan Payments and Commitment Period (Sections 2.01-2.03 of the Chapter 13 Plan to which this motion pertains), as well as the applicable "Additional Provisions," if any, and having considered both my current and future income and expenses, I am willing to make these payments to the Chapter 13 trustee and believe that I will be able to so.

**8.      The filing of the petition was in good faith**

This bankruptcy petition was filed in good faith.  On the date of the petition in this case I had the debts set forth in Schedules D, E and F.  Before filing bankruptcy, I spoke with Brian S. Haddix, attorney at law, and considered my assets, debts, income

and expenses both now and into the future.  I also discussed different options, both

inside and outside of the Bankruptcy process, for resolving these debt problems.  After

receiving counsel from Brian S. Haddix, attorney at law, and considering all of my

options, I decided to file bankruptcy.

**9.     Post-petition domestic support payments**

        ☒ I am not subject to an order to pay anyone spousal or child support.

        ☐ I am subject to an order to pay spousal or child support.

**10.    Tax returns**

Insofar as I am aware, I have filed all of the federal, state and local income

tax returns that I am required to file.

**11.    Section 1325(b)**

My attorney advises me that under Section 1325(b) of the Bankruptcy

Code, if the Chapter 13 trustee or an unsecured creditor objects, my plan must either

pay my unsecured creditors that have claims that are allowed by the Bankruptcy Court

in full or must pay all of what he calls my "projected disposable income" to the

unsecured creditors for either three years or five years, depending on my income.  My

attorney informs me that this plan provides for the payment of my "projected disposable

income" to the unsecured creditors.

**12.    Confirmation**

I ask that the court confirm this Chapter 13 Plan.

I declare under penalty of perjury that the foregoing is true and correct.  Executed

on July 23, 2018.


        /s/ Hector & Maria Perez, Jr.
        Hector & Maria Perez, Jr.

3