**4**

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1600 G Street, Suite 102
Modesto, CA 95354-2555
Tel: (209) 338-1131
bhaddix@modestobankruptcylaw.com

Attorney for Hector & Maria Perez, Jr.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVSION

| | |
|---|---|
| In re<br><br>Hector & Maria Perez, Jr.,<br><br>　　　Debtor(s), | Case No. 18-21534<br><br>DC No. BSH-1<br><br>Chapter 13<br><br>Hearing Date: September 4, 2018<br>Time: 10:00 a.m.<br>Courtroom: 34; Dept. D<br>Judge: Hon. Robert Bardwill |

**CERTIFICATE OF SERVICE**

On July 23, 2018, I served a copy of the following document(s):

1. Motion to Confirm Chapter 13 Plan

2. Notice of Motion to Confirm Chapter 13 Plan

3. Declaration of Debtor in Support of Motion to Confirm Chapter 13 Plan

4. Chapter 13 Plan

in the manner and/or manners described below to each of the parties herein listed on the attached matrix and/or addressed as below:

☒ BY FIRST CLASS MAIL: I caused such envelope to be deposited in the mail at my business address, address to the addressee(s) designated.  I am readily familiar with the practice for collection and processing of correspondence and

pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

| | | |
|---|---|---|
| Aargon Collection as Agent for Western Dental Services 8668 Spring Mountain Rd Las Vegas, NV 89117 | AllianceOne Receiveables Management, Inc PO Box 3100 Southeastern, PA 19398 | American InforSource LP as Agent for T-Mobile PO Box 248848 Renton, WA 98057 |
| Bakersfield Truck Tire Warehouse, Inc 1500 E Brundage Ln Bakersfield, CA 93307 | Bank of America, N.A. c/o Carrington Mortg Srvcs., LLC 1600 S Douglas Rd Anaheim, CA 92806-5948 | Bank of America, N.A. PO Box 982284 El Paso, TX 79998-2284 |
| Capital One Auto Finance PO Box 60511 City of Industry, CA 91716-0511 | Capital One Auto Finance, division of C c/o AIS Portfolio, LP 4515 N Santa Fe Ave, Dept. APS Oklahoma City, OK 73118-7901 | Carrington Mortgage Services PO Box 3489 Anaheim, CA 92803 |
| Central Valley Truck Center 2707 S E Ave Fresno, CA 93725-4000 | Chase Card Po Box 15298 Wilmington, DE 19850 | Checkmate Cash Loans Attn: Account Services PO Box 35220 Phoenix, AZ 85069 |
| Clutch & Brake Xchange, Inc PO Box 8401 Stockton, CA 95208 | Comcast PO Box 34744 Seattle, WA 98124 | Comcast 9602 S 300 W Ste A Sandy, UT 84070-3301 |
| Commercial Trade Bureau 5330 Office Center Ct, #21 Bakersfield, CA 93309 | Cyclone Transport LLC 20 NV-427 Fernley, NV 89408 | Directv, LLC by American Infosource LP as ag 4515 N Santan Fe Ave Oklahoma City, OK 73118-7901 |
| Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | Hunter Warfield TTHWAR01 PO Box 1022 Wixom, MI 48393 | Infiniti Finance PO Box 660360 Dallas, TX 75266-0360 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Mark O'Toole 11 San Joaquin, #501 Stockton, CA 95202 | Naman Trucking c/o T. Mark O'Toole Attorney at Law 11 s. San Joaquin Street, #501 Stockton, CA 95202 |

| | | |
|---|---|---|
| Nations Insurance Company<br>Multi-State Insurance Services, Inc<br>PO Box 801208<br>Santa Clarita, CA 91380-1208 | Nissan Motor Acceptance Corp.<br>Lose Recovery<br>PO Box 660366<br>Dallas, TX 75266-0366 | Northwest Equipment Sales<br>2405 Janeen St.<br>Boise, ID 83709-3217 |
| Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | Prober & Raphael, A Law Corp<br>20750 Ventural Blvd., Ste 100<br>Woodland Hills, CA 91364 | S&S Auto Sales Inc.<br>830 N Wilson Way<br>Stockton, CA 95205 |
| SprintNextel Correspondence<br>ATTN BK DEPT<br>PO Box 7949<br>Overland Park, KS 66207-0949 | State of CA, Dept of Industrial Relation<br>Division of Labor Standards Enforcement<br>31 E. Channel Street, Room 317<br>Stockton, CA 95202 | T Mobile/T-Mobile USA Inc. by<br>American Inforsource<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| TCI Leasing<br>4950 Triggs Street<br>Commerce, CA 90022 | TCI Transportation Services<br>4950 Triggs Street<br>Los Angeles, CA 90022 | Toyota Motor Credit Corp<br>PO Box 8026<br>Cedar Rapids, IA 52408-8026 |
| Toyota Motor Credit Corp<br>c/o Becket & Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Transportation Commodities<br>4950 Trigg Str<br>Los Angeles, CA 90022-4832 | Valley Colton Truck Stop, Inc.<br>791 E. Valley Blvd<br>Colton, CA 92324 |
| Valley Truck Leasing<br>ATTN: Theresa Dodd<br>2707 S East Ave<br>Fresno, CA 93725 | Velocity Truck Rental & Truck Leasing<br>15724 Valley Blved<br>Fontana, CA 92335 | Verizon Wireless<br>Po Box 49<br>Lakeland, FL 33802 |
| Vital Recovery Services<br>PO Box 923748<br>Norcross, GA 30010-3748 | Wells Fargo<br>Po Box 14517<br>Des Moines, IA 50306 | Wells Fargo Bank<br>PO Box 5058<br>Portland, OR 97208-5058 |
| Wells Fargo Bank, N.A.<br>PO Box 5100<br>Sioux Falls, SD 57117 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MS F8235-02F<br>Des Moines, IA 50306-0438 | Western General Insurance Comp<br>5230 Las Virgenes Rd<br>Calabasas, CA 91302 |
| Westlake Financial Services<br>PO Box 54807<br>Los Angeles, CA 90054 | Westlake Financial Services<br>c/o Landmark Ltd<br>10100 Trinity Parkway<br>440<br>Stockton, CA 95219-7241 | Westlake Services, LLC<br>4751 Wilshire Blvd, #100<br>Los Angeles, CA 90010-3847 |

| | |
|---|---|
| Windmill Park Owners Association<br>c/o Severaid & Glahn, PC<br>1787 Tribute Rd.<br>Ste D<br>Sacramento, CA 95815 | Windmill Park Owners Association<br>c/o Landmark Limited<br>10100 Trinity Parkway<br>#440<br>Stockton, CA 95219 |

☐ BY CERTIFIED MAIL: I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated.

☒ BY E-Service: I caused said document(s) to be transmitted via e-mail to the addressee(s) designated.

| | |
|---|---|
| Russ Greer<br>Office of the Chapter 13 Trustee | Sent via e-service to<br>e-file@mod13.com |

I am a citizen of the United States and am employed in Stanislaus County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1600 G Street, Suite 102, Modesto, California, 95354.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2018.

_____
Brian S. Haddix

4